```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 32796
   JOSE A CHAVARIN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2104


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/01/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/10/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED              888.85        .00          .00
AMERICAN GENERAL FINANCE SECURED              10045.00        .00          .00
AURORA LOAN SERVICES     MORTGAGE NOTI       NOT FILED        .00          .00
AURORA LOAN SERVICES     CURRENT MORTG            .00         .00          .00
AURORA LOAN SERVICES     MORTGAGE ARRE       35000.00         .00          .00
AURORA LOAN SERVICES     CURRENT MORTG            .00         .00          .00
AURORA LOAN SERVICES     MORTGAGE ARRE            .00         .00          .00
INTERNAL REVENUE SERVICE NOTICE ONLY         NOT FILED        .00          .00
ECAST SETTLEMENT CORP    UNSECURED             1992.92        .00          .00
ECAST SETTLEMENT CORP    UNSECURED             1844.32        .00          .00
SECRETARY OF STATE       UNSECURED           NOT FILED        .00          .00
ILLINOIS SECRETARY OF ST NOTICE ONLY         NOT FILED        .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED           NOT FILED        .00          .00
SEARS                    UNSECURED           NOT FILED        .00          .00
PHILIP A IGOE            DEBTOR ATTY              .00                      .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------     --------------
TOTALS                       .00                  .00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 32796 JOSE A CHAVARIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 32796 JOSE A CHAVARIN